IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



EOD

10/28/2024

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MATTHEW THOMAS STINSON** | § | Case No. 24-40755 |
| xxx-xx-7485 | § | |
| 1201 West Lamar Street, McKinney, TX 75069 | § | |
| | § | |
| Debtor | § | Chapter 7 |
| CAR ROU LA KIA L.L.C. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-4065 |
| | § | |
| MATTHEW THOMAS STINSON | § | |
| | § | |
| Defendant | § | |

**INTERIM ORDER ON MOTION TO DISMISS ADVERSARY
PROCEEDING OR FOR MORE DEFINITE STATEMENT**

ON THIS DATE the Court reviewed the file in the above-referenced adversary proceeding. On October 24, 2024, a "Motion to Dismiss Adversary Proceeding or for More Definite Statement" ("Motion") was filed by Defendant, Matthew Thomas Stinson ("Movant"). Movant's Motion failed to contain the fourteen (14) day negative notice language required by this Court's Local Rules.[1]  Because of this failure, the Court will defer consideration of the Motion until the expiration of fourteen (14) days from entry of this order to allow parties in interest an opportunity to respond to the Motion. Accordingly, the Court finds that just cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that, the Court will defer consideration of the Motion until the expiration of **fourteen (14) days from entry of this order** to allow allow parties in interest an opportunity to respond to the Motion.

---

[1] See Page 2 of 25 in the *Guide to Practice and Procedure* available on the Court's website at https://www.txeb.uscourts.gov/guide-practice-and-procedure.

**IT IS FURTHER ORDERED** that your rights may be affected by the relief sought in the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this adversary proceeding. If you oppose the relief sought by the Motion, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.

**IT IS FURTHER ORDERED** that no hearing will be conducted on the Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing the Motion *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER* unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, the Motion pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court may thereafter set a hearing with appropriate notice. If you fail to appear at any hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.

Signed on 10/28/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE