**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re: <br><br> **MATTHEW THOMAS STINSON,** <br><br> xxx-xx-7485, <br><br> Debtor. | **Case No. 24-40755** <br><br> **Chapter 7** |
| **CAR ROU LA KIA L.L.C.,** <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW THOMAS STINSON,** <br><br> Defendant. | **Adv. Proc. No. 24-04065** |

## PLAINTIFF CAR ROU LA KIA, L.L.C.'S NOTICE OF WITHDRAWAL OF FILING

Plaintiff **Car Rou La Kia, L.L.C.** hereby withdraws the filing listed as Document No. 20.

1. On December 16, 2024, Car Rou La Kia, L.L.C filed a Response to Defendant's Amended Motion to Dismiss listed on the Docket as Document No. 20. The Court directed Plaintiff to refile the Response as a result of an incorrect filing designation applied in error to the Response.

2. In accordance with the Court's direction, Plaintiff refiled its Response to Defendant's Amended Motion to Dismiss as Document No. 21.

3. Document No. 20 is no longer the live Response and is hereby withdrawn and replaced by Document No. 21.

**DATED**: December 19, 2024

                              Respectfully submitted,

                              **BELL NUNNALLY & MARTIN LLP**

By:   */s/ Jason A. Elgersma*
       Russell W. Mills
       Texas State Bar No. 00784609
       rmills@bellnunnally.com
       Perrin B. Fourmy
       Texas State Bar No. 24087535
       pfourmy@bellnunnally.com
       Jason A. Elgersma
       Texas State Bar No. 24132180
       jelgersma@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, TX 75201
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

**ATTORNEYS FOR CAR ROU LA KIA L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2024, a true and correct copy of the foregoing document was served on the parties identified below via the ECF e-filing service in accordance with the Federal Rules of Bankruptcy Procedure and LBR 7005-1.

Robert C. Rowe
Texas Bar No. 24086253
rrowe@ccsb.com
CARRINGTON. COLEMAN, SLOMAN & BLUMENTHAL L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214-580-2641

**Counsel for Defendant Matthew T. Stinson**

                                                   */s/ Jason A. Elgersma*
                                                   Jason A. Elgersma